

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00135-CR

Zidney Kirk **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 2180
Honorable Pedro Gomez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 8, 2014.

_____
Luz Elena D. Chapa, Justice